1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  ANDREA L. FELLION, State Bar No. 262278
   andrea.fellion@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Plaintiff
7  ADESA, INC.

8  SCOTT R. RABER, State Bar No. 194924
   RIMON P.C.
9  One Embarcadero Center, Suite 400
   San Francisco, CA  94111
10 Attorneys for Defendant Edwin Berkowitz

11 CLEMENT S. ROBERTS, State Bar No. 209203
   ZAC A. COX, State Bar No. 283535
12 DURIE TANGRI LLP
   217 Leidesdorff Street
13 San Francisco, CA  94111
   Attorneys for Defendant Blake Kennedy
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  ADESA, INC., a Delaware Corporation, | Case No. C 14-04022 VC |
| 19          Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED |
| 20     vs. | |
| 21  EDWIN BERKOWITZ, an individual; BLAKE KENNEDY, an individual, | Complaint Filed:  September 4, 2014<br>Trial Date:         None Set. |
| 22          Defendants. | |

23
24
25
26
27
28

Plaintiff ADESA, Inc. ("ADESA" or "plaintiff"), defendants Edwin Berkowitz ("Berkowitz") and Blake Kennedy ("Kennedy") (together, the "parties"), hereby submit their Stipulation and [Proposed] Order to Extend Date to Attend the Initial Court Mandated Conference:

## **RECITALS**

1. WHEREAS on Parties are assigned to litigate before the Honorable Vince Chhabria;

2. WHEREAS the Court issued a September 18, 2014 Order Setting the Initial Case Management Conference for December 2, 2014 at 10:00 a.m.;

3. WHEREAS Hon. Chhabria's Civil Standing Order requires all attorneys who attend this Case Management Conference to have full authority to make decisions about any issue that may come up during the conference;

4. WHEREAS ADESA's lead counsel is Thomas McInerney;

5. WHEREAS Mr. McInerney had already been required to be in Chapel Hill, North Carolina on December 2 for a work related reason, and thus is unavailable to attend the Case Management Conference;

6. WHEREAS the parties are amenable to moving to moving the Case Management Conference to a subsequent date, including January 6, 2015;

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

7. Upon the approval of the Court, the parties' Case Management Conference is continued to a later date, until **January 6, 2015**.

DATED:  November 21, 2014            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ *Thomas M. McInerney*
　　THOMAS M. MCINERNEY
　　ANDREA L. FELLION

Attorneys for Plaintiff
ADESA, INC.

| | | |
|---|---|---|
| DATED: November 21, 2014 | | RIMON, P.C. |

By: /s/ *Scott R. Raber*
      SCOTT R. RABER

Attorneys for Defendant
Edwin Berkowitz

DATED November 21, 2014            DURIE TANGRI LLP

By: /s/ *Clement S. Roberts*
      CLEMENT S. ROBERTS
      ZAC A. COX

Attorneys for Defendant
Blake Kennedy

### ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Scott Raber and Clement Roberts.

DATED: November 21, 2014            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Thomas M. McInerney*
      THOMAS M. MCINERNEY
      ANDREA L. FELLION

Attorneys for Plaintiff
ADESA, INC.

1                                              [~~PROPOSED~~] **ORDER** AS MODIFIED

2        Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, the Initial Case

3 Management Conference is continued until ~~January 6, 2015.~~ January 13, 2015.

5 DATED: November 26, 2014

                                                            Honorable Vince Chhabria

19513733.2