1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11 | ADESA, INC. | Case No. 3:14-cv-04022-VC
12 | Plaintiff, | [~~DEFENDANTS' PROPOSED~~] ORDER AS MODIFIED
13 | v. |
14 | EDWIN BERKOWITZ and BLAKE KENNEDY |
15 | Defendants. |

1   Having reviewed the parties' joint letter of December 22, 2014, with proof having been made to the
2   Satisfaction of the Court, and good cause appearing therefor, it is HEREBY ORDERED:
3   1.   ~~That the depositions of Blake Kennedy and Edwin Berkowitz currently noticed for~~
4   ~~January 12 and 13, 2015, are~~ All discovery is STAYED until the Court rules on defendants' motions to
5   dismiss the First Amended Complaint.

Dated: December 23, 2014

