UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADESA, INC., <br>         Plaintiff, <br> v. <br> EDWIN BERKOWITZ, et al., <br>         Defendants. | 14-cv-04022-VC <br><br> **JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
VINCE CHHABRIA
United States District Judge